UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 09-913 (JLL) |
| LORI SERRANO | : | **ORDER** |

This matter having been opened to the Court on the joint application of defendant Lori Serrano (Terry Ridley, Esq., appearing) and Paul J. Fishman, United States Attorney for the District of New Jersey (Maureen Nakly, Assistant U.S. Attorney, appearing), for a complex case order continuing the proceedings and excluding time from computation under the Speedy Trial Act of 1974, and good cause having been shown, the Court makes the following findings in support of entering such Order:

1. This case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

2. Defendant needs sufficient time to review discovery, which includes numerous intercepted telephone calls and consensual recordings in which defendant and/or defendant's coconspirators participated, and to investigate the charges and file motions in this case.

3. The defendant has requested and consented to this continuance.

4. Pursuant to Title 18, United States Code, Sections 3161(h)(7)(A), (B)(ii) and (B)(iv), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, on this 22nd day of December, 2009,

IT IS ORDERED that this matter is hereby designated as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii);

IT IS FURTHER ORDERED that the proceedings in this matter shall be continued for a period of 90 days;

IT IS FURTHER ORDERED that the period for discovery in this matter shall be extended for 30 days;

IT IS FURTHER ORDERED that a case management conference shall be held on 3/19/10 at 11:30AM;

IT IS FURTHER ORDERED that a motion schedule and/or a schedule for further proceedings will be set by the Court at that case management conference;

IT IS FURTHER ORDERED that the time period from the date of this Order to the date of the case management conference shall be excluded from computing time under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv); and

IT IS FURTHER ORDERED that the remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

_____
HON. JOSE L. LINARES
United States District Judge

On Consent of the Parties:

_____
Maureen Nakly
Assistant U.S. Attorney

_____
Terry Ridley, Esq.
Counsel for defendant

3