

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

970 Broad Street, 7th Floor          (973) 297-2723
Newark, New Jersey 07102             FAX (973) 297-2006

August 17, 2010

<u>By Hand Delivery</u>

Honorable Jose L. Linares
United States District Judge
Martin Luther King, Jr. Building
Newark, New Jersey  07102

    Re:  United States v. Lori Serrano
         <u>Crim. No. 09-913 (JLL)</u>

Dear Judge Linares:

    I write regarding defendant Serrano's omnibus motion, which was filed electronically yesterday. In particular, defendant Serrano has moved to dismiss Count One of the Indictment based upon the Court's decision in <u>United States v. Louis Manzo</u> and Ronald Manzo, Crim. No. 09-759 (JLL). That decision is now on appeal in the Third Circuit. Therefore, the Government respectfully requests that the Court stay/adjourn any consideration of this motion, pending an appellate decision in the <u>Manzo</u> matter. The Court has taken similar action, staying or adjourning pending matters in <u>United States v. James P. King</u>, Crim. No. 09-718 (JLL); <u>United States v. Philip J. Kenny</u>, Crim. No. 09-758 (JLL); and <u>United States v. Lavern Webb-Washington</u>, Crim. No. 09-762 (JLL).

    Should the Court wish to discuss this further, the Government is available for, and willing to arrange, a teleconference at the Court's convenience.

    Very truly yours,

**SO ORDERED:** _/s/_
**DATED:** 8/20/10

    PAUL J. FISHMAN
    United States Attorney

    *Maureen Nakly*
By:  Maureen Nakly
     Assistant U.S. Attorney

cc:  Terry Ridley, Esq.