

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*Fisher Federal Building & U.S. Courthouse*  609/989-2190
*402 E. State Street, Room 430*
*Trenton, New Jersey 08608*

October 18, 2012

Honorable Jose L. Linares
United States District Judge
Martin Luther King Jr. Federal Building
Newark, New Jersey 07102

   Re:   United States v. Lori Serrano
         Crim. No. 09-913 (JLL)

Dear Judge Linares:

   With the consent of defense counsel, I write to request an extension of time to respond to defendant's second motion for a bill of particulars. [Docket Entry No. 42.] The parties currently are engaged in plea negotiations that could result in a pretrial resolution of this matter, making further motion practice and trial unnecessary. Accordingly, the United States respectfully requests an extension of time to respond to the motion until November 9, 2012 to allow these negotiations to proceed.

   Thank you for your consideration of this request.

                              Respectfully submitted,

SO ORDERED:                   PAUL J. FISHMAN
DATED: 10/19/12               United States Attorney

                              By: ERIC W. MORAN
                              Assistant U.S. Attorney

cc:   Terry Ridley, Esq. (via email)
      Raymond L. Hamlin, Esq. (via email)