**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: 09-913 (JLL) 01 |
| Plaintiffs, | |
| v. | |
| LORI SERRANO, | **ORDER** |
| Defendants. | |

Please be advised that oral argument on motion [42] for bill of particulars is scheduled for **Monday, December 17, 2012** at **1:00 p.m.** in Courtroom 5D of the Martin Luther King Jr., Federal Building, 50 Walnut Street, Newark, New Jersey. All parties are hereby required to appear.

**IT IS SO ORDERED.**

/s/ Jose L. Linares,
United States District Judge

Dated: November 14, 2012